**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| Matt Tascon and Alyssa Jackson, | : |
| Plaintiffs, | : |
| v. | : Civil Action No.: 1:11-cv-12236-DJC |
| Global Acceptance Credit Company ; and DOES 1-10, inclusive, | : |
| Defendants. | : |

**NOTICE OF SETTLEMENT**

NOTICE IS HEREBY GIVEN that the parties in the above-captioned case have reached a settlement. The Plaintiffs anticipate filing a notice of withdrawal of Complaint and voluntary dismissal of this action with prejudice pursuant to FED. R. CIV. P. 41(a) within 30 days.

Dated: March 23, 2012

          Respectfully submitted,

          PLAINTIFFS, Matt Tascon and Alyssa Jackson

          /s/ Sergei Lemberg

          Sergei Lemberg, Esq.
          B.B.O. No.: 650671
          **LEMBERG & ASSOCIATES L.L.C.**
          1100 Summer Street, 3rd Floor
          Stamford, CT 06905
          Telephone: (203) 653-2250
          Facsimile: (203) 653-3424
          slemberg@lemberglaw.com

**CERTIFICATE OF SERVICE**

   I hereby certify that on March 23, 2012, a true and correct copy of the foregoing Notice of Settlement was served electronically by the U.S. District Court for the District of Massachusetts Electronic Document Filing System (ECF) and that the document is available on the ECF system.

            By /s/ Sergei Lemberg_____

              Sergei Lemberg